US DISTRICT COURT
Southern District of New York

RECEIVED
SDNY PRO SE OFFICE
2023 MAY 30 PM 3: 57

CIVIL COMPLAINT
Statute 370- Other Fraud for Identity Theft (Federal Criminal Code 18 USC 1028)
Jury Trial Demanded

Plaintiff – Eugenia Song of Dallas Ft Worth
Defendant – Columbia University and Peter Coleman of Teachers College located at 525 W 120th St, New York, NY 10027

Jurisdiction
Manhattan, New York County, General Civil due to home and business.

Facts
1. Defendant has been using his academic license for the United States Central Intelligence Agency for data pulls and information with reckless intent.
2. Plaintiff asserts that misinformation wrecked her career.
3. Plaintiff asserts that fraudulent behavior resulted in recent identity theft, including change of date-of-birth in the CIA's database, which happened in the summer months of 2022.
4. His program, which now known by the name of Project Gorgeous, headquartered in Navy Base Coronado in San Diego County, California, was managed by his business which is a sole proprietorship in Washington, District of Columbia.
5. The verbiage of his research also erroneously implies false allegations, which has resulted in further misidentification to the detriment and harm of the said Plaintiff.
6. Her identifying information was stolen with aggravated intent and Defendant knew, or should have known, that it was stolen without lawful authority.
7. Plaintiff asserts that she has no idea who the Defendant is.

Relief Sought
Immediate injunction, and $1.00 with a claim of liability.

Signed

*[signature]*

State of Texas
County of Tarrant

This instrument was acknowledged before me this 23rd day of May, 2023 by Eugenia K. Song.

_____
Notary Public

ALTON J BOSTICK III
NOTARY PUBLIC
STATE OF TEXAS
ID # 124089422
My Comm. Expires 08-02-2026

From: **Eugenia Song** eugenia.song@icloud.com
Subject: **Legal Action Update**
Date: **May 23, 2023 at 1:41:09 PM**
To: **df@gc.columbia.edu**

Peter Coleman of ICCR has three more lawsuits coming his direction. This is notice of service.

*[signature]*



2802 Autumn Creek Trail
Ft Worth TX 76134

Pro Se Intake Unit
USDC - SDNY
500 Pearl St
New York NY 10007-1316

CERTIFIED MAIL
7020 3160 0000 8914 6830

RECEIVED
SDNY PRO SE OFFICE
2023 MAY 30  PM 3:43

USMP
SDNY

$4.75
US POSTAGE
FIRST-CLASS
062S13172796
76132
S91980.074
000045561