UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENIA SONG,<br><br>                               Plaintiff,<br><br>    -against-<br><br>COLUMBIA UNIVERSITY; PETER COLEMAN OF TEACHERS COLLEGE,<br><br>                              Defendants. | 23-4532 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the July 27, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 27, 2023
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                 Chief United States District Judge